IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    ASHLEY S. KUTTERNA,

        Debtor

Case #: 23-10288-JCM

Chapter 7

_____

ASHLEY S. KUTTERNA,

        Movant

    v.

No Respondent

## DEBTOR'S STATUS REPORT
## IN RESPONSE TO REPORT OF DEBTOR AUDIT

AND NOW, Debtor Ashley S. Kutterna submits the following Status Report as a response to the Audit Report submitted August 11, 2023, by McBridge, Lock, & Associates (ECF 30):

1.     This case was selected for audit pursuant to 28 U.S.C. § 586(f)(1) on June 12, 2023 by the U.S. Trustee, with responses due June 29, 2023.  All documents were timely produced.

2.     Auditor's report of August 11, 2023 indicates a material misstatement on the following schedules:

    a.     Schedule I: under-reported total combined monthly income ($2,644.24 on original Schedule I; $4,933.49 found in audit).

    b.     Form 122A: under-reported income on the Statement of Current Monthly income ($3,160.30 on original Form 122A; $5,950.43 found in audit).

3.     Debtor filed amended schedules I-J, and Amended Form 122A on June 19 and June 21, 2023 (ECF 14,16).

4.     Amended Schedule I shows combined monthly income of $5,061.33; the Amended Form 122A shows total monthly income of $5,770.90.

Respectfully submitted,

   /s/ Christian M. Rieger
Christian M. Rieger, Esq.
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: 8/11/2023