**Form 124**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ashley S. Kutterna**
Debtor(s)

Bankruptcy Case No.: 23−10288−JCM

Chapter: 7

### NOTICE RE: REPORT OF DEBTOR AUDIT

      In accordance with *28 U.S.C. § 586(f)(1),* the United States Trustee contracted for an audit to be performed of the petition, schedules and other information filed and/or provided by the Debtor(s) in this case.

      **NOTICE IS HEREBY GIVEN** that the audit firm has reported one or more material misstatements concerning the income, expenditures and/or assets of the Debtor(s). ***The Report is not a legal determination, and the legal effect of the auditors finding of material misstatement is a question for the Court.*** The *Report of Debtor Audit* has been filed with the Court and is available for review by parties in interest.

Dated: August 11, 2023

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-10288-JCM

Ashley S. Kutterna     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2

Date Rcvd: Aug 11, 2023     Form ID: 124     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley S. Kutterna, 3107 Bird Drive, Erie, PA 16510-2729 |
| 15605557 | | Capital One Bank, P.O. Box 32193, Salt Lake City, UT 84130 |
| 15605564 | | Nationstar dba Mr. Cooper, P.O. Box 199111, Dallas, TX 75235 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2023 23:39:07 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15605556 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2023 23:20:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15605558 | + | Email/Text: bankruptcy@jdbyrider.com | Aug 11 2023 23:21:00 | CNAC, 12802 Hamilton Crossing Boulevard, Carmel, IN 46032-5424 |
| 15605559 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 11 2023 23:21:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15605560 | + | Email/Text: electronicbkydocs@nelnet.net | Aug 11 2023 23:21:00 | Department of Education/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15605561 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 11 2023 23:54:03 | First Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15605562 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 11 2023 23:20:00 | Fortiva/TBOM, 5 Concourse Parkway, Suite 400, Atlanta, GA 30328-9114 |
| 15605563 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2023 23:39:00 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 15605565 | + | Email/Text: bncmail@w-legal.com | Aug 11 2023 23:21:00 | TD Bank/Target, 7000 Target Parkway N, Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |
| 15605566 | + | Email/Text: collections@widgetfinancial.com | Aug 11 2023 23:21:00 | Widget Federal Credit Union, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Byrider Finance, LLC DBA CNAC |
| cr | | NATIONSTAR MORTGAGE LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 11, 2023 | Form ID: 124 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

**Name**              **Email Address**

Brian Nicholas
                      on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com

Christian M Rieger
                      on behalf of Debtor Ashley S. Kutterna criegerlaw@gmail.com

Garry Alan Masterson
                      on behalf of Creditor Byrider Finance  LLC DBA CNAC pitecf@weltman.com

Joseph B. Spero
                      on behalf of Trustee Joseph B. Spero sperofirm@sperolawoffice.com
                      jspero@ecf.axosfs.com;legalmom18@hotmail.com;kmrougeux@sperolawoffice.com

Joseph B. Spero
                      sperofirm@sperolawoffice.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com;kmrougeux@sperolawoffice.com

Marta Elena Villacorta
                      on behalf of U.S. Trustee Office of the United States Trustee marta.villacorta@usdoj.gov

Office of the United States Trustee
                      ustpregion03.pi.ecf@usdoj.gov


TOTAL: 7